**No. 61634.**—America Tigris Corp. et al. *v.* United States, protests 178771–K (A), etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of goatskins and sheepskins the same in all material respects as those the subject of *Nawi Noonoo & Co. et al.* v. *United States* (39 Cust. Ct. 57, C. D. 1904), the claim of the plaintiffs was sustained.

**No. 61635.**—Balfour Guthrie & Co., Ltd. *v.* United States, protest 306228–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of goatskins and sheepskins the same in all material respects as those the subject of *Nawi Noonoo & Co. et al.* v. *United States* (39 Cust. Ct. 57, C. D. 1904), the claim of the plaintiff was sustained.

**No. 61636.**—Daprato Statuary Co. et al. *v.* United States, protests 211506–K, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of marble slabs similar in all material respects to those the subject of *United States* v. *General Shipping & Trading Co. et al.* (44 C. C. P. A. 168, C. A. D. 656), the claim of the plaintiffs was sustained.

**No. 61637.**—Colgate Palmolive Peet Co. et al. *v.* United States, protests 179656–K, etc. (New York).

Opinion by MOLLISON, J. No effort having been made to present evidence on the issues involved herein, the protests were dismissed for lack of prosecution.